[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12618
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00211-CR-J-33-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND BENJAMIN HOLT, JR.,
a.k.a. RBHOLTJR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 28, 2009)

Before BIRCH, DUBINA and HULL, Circuit Judges.

PER CURIAM:

William E. Folsom, appointed counsel for Raymond Benjamin Holt, Jr. in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holt's conviction and sentence are **AFFIRMED**.